**United States District Court**
For The Western District of North Carolina

FILED
ASHEVILLE, N. C.
JUN 1 7 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

V.

XAVIER O. BRENT

**JUDGMENT IN A CRIMINAL CASE**
(Petty / Misdemeanor Offenses)

Case Number: 1:03m53

Jim Siemens
Defendant's Attorney

**THE DEFENDANT:**

**SEE ATTACHED JUDGMENT DATED MAY 19, 2005.**

**IMPOSITION OF SENTENCE:**

**JUNE 15, 2005 - RECALLED** for probation revocation hearing. The Court after hearing the evidence revokes the probationary judgment and enters the following:
That the defendant be imprisoned for **SIX (6) MONTHS**. All outstanding monies **REMITTED**.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

,

Date of Imposition of Sentence: June 15, 2005

Signature of Judicial Officer

Date: 6-16-05

**RETURN**

I have executed this Judgment as follows: _____

_____

at _____ Defendant delivered on _____ to _____
_____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal